2:04-cv-02154-MPM-DGB    # 2    Page 1 of 2
AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)
FILED
Friday, 06 August, 2004 04:52:05 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

BORDER MAGIC LLC and E. BERGMAN
COMPANY, d/b/a BORDER MAGIC
      Plaintiffs,

vs.

Case Number: 04-2154

KECK HOMES LLC and
KEN KECK

TO: Ken Keck, Registered Agent, 26103 E. Gardner Rd., Oak Grove, MO  64075

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

E. Bergman Company, c/o Dodd & Bartell, P.C., 303 S. Mattis, Ste. 201, Champaign, IL  61821

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

JOHN M. WATERS, CLERK

s/S Doan
BY: DEPUTY CLERK

CIVSUMM.FRM

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

BORDER MAGIC LLC and E. BERGMAN
COMPANY, d/b/a BORDER MAGIC
        Plaintiffs,

        vs.

KECK HOMES LLC and
KEN KECK
        Defendants.

Case Number: 04-2154

TO: Ken Keck, 26103 E. Gardner Rd., Oak Grove, MO 64075

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

E. Bergman Company, c/o Dodd & Bartell, 303 S. Mattis, Ste. 201, Champaign, IL 61821

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

        JOHN M. WATERS, CLERK

        __s/S Doan__
        BY: DEPUTY CLERK

CIVSUMM.FRM