FILED
Friday, 06 August, 2004  04:54:29 PM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

CENTRAL District of ILLINOIS

BORDER MAGIC LLC and E. BERGMAN
COMPANY, d/b/a BORDER MAGIC

    Plaintiffs,

VS.

KECK HOMES LLC and
KEN KECK

    Defendants.

**APPEARANCE**

FILED
AUG 0 6 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

CASE NUMBER: 04-2154

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Border Magic LLC and E. Bergman Company

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/6/04 | _[signature]_ |
| Date | Signature |
| | Jason S. Bartell     6255602 |
| | Print Name     Bar Number |
| | 303 S. Mattis, Ste. 201 |
| | Address |
| | Champaign, IL     61821 |
| | City    State    Zip Code |
| | (217) 356-6363     (217) 355-1358 |
| | Phone Number     Fax Number |