E-FILED
Thursday, 16 December, 2004  03:14:12 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**Urbana Division**

| | |
|---|---|
| **E. BERGMAN CO.**, doing business as Border Magic, ) ) | |
| **Plaintiff,** ) | |
| v. ) | |
| ) | Case No. 04-2154 |
| **KECK HOMES, L.L.C.** and ) | |
| **KEN KECK,** ) | |
| **Defendants.** ) | |

## ORDER

The Complaint in this case was filed August 6, 2004. The record reflects that Plaintiff has never served Defendants with summons, nor have Defendants ever entered their appearances in the case. The Court can see no further effort by Plaintiff to pursue the matter. Consequently, the Plaintiff is ruled to show cause why this law suit should not be dismissed for want of prosecution.

**IT IS THEREFORE ORDERED** that Plaintiff appear before United States Magistrate Judge David G. Bernthal, Courtroom C, U.S. Courthouse, 201 South Vine Street, Urbana, Illinois, on *January 12, 2005, at 10:30 a.m.* to show good cause, if any it has, why this suit should not be dismissed for lack of prosecution. Failure to appear as ordered can result in this Court recommending summary dismissal of the Plaintiff's Complaint with prejudice.

ENTER this 16th day of December, 2004.

s/ DAVID G. BERNTHAL
U.S. MAGISTRATE JUDGE

H:\LOP\bergman v keck.04-2154.rtsc order.wpd