**E-FILED**
Thursday, 16 December, 2004 04:11:31 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

BORDER MAGIC LLC and E. BERGMAN
COMPANY, d/b/a BORDER MAGIC
      Plaintiffs,

vs.

Case Number: 04-2154

KECK HOMES LLC and
KEN KECK

TO: Ken Keck, Registered Agent, 26103 E. Gardner Rd., Oak Grove, MO 64075

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

E. Bergman Company, c/o Dodd & Bartell, P.C., 303 S. Mattis, Ste. 201, Champaign, IL 61821

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

JOHN M. WATERS, CLERK

S. Doan    8-6-04
BY: DEPUTY CLERK

*CIVSUMM.FRM*

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me | 16 Aug 04 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Bill Powell | License Investigator |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Placed where served: 36103 E Gardner ___ Oak Grove ___

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___16 Aug, 04___   ___[signature]___
                  Date                      Signature of Server

                                 ___PO Box 7471___
                                 Address of Server
                                 ___C P K C 6207___