AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

BORDER MAGIC LLC and E. BERGMAN
COMPANY, d/b/a BORDER MAGIC
    Plaintiffs,

vs.

Case Number: 04-2154

KECK HOMES LLC and
KEN KECK
    Defendants.

TO:  Ken Keck, 26103 E. Gardner Rd., Oak Grove, MO 64075

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

E. Bergman Company, c/o Dodd & Bartell, 303 S. Mattis, Ste. 201, Champaign, IL 61821

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

*[signature]*
JOHN M. WATERS, CLERK

*S. Doan*    8-6-04
BY: DEPUTY CLERK

*CIVSUMM.FRM*

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE<br>16 Aug 04 |
| NAME OF SERVER (PRINT)<br>Bill Powel | TITLE<br>license investigator |

*Check one box below to indicate appropriate method of service*

[✓] Served personally upon the defendant. Placed where served: 36103 E Gardner Oak Grove

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  16 Aug, 04
                    *Date*

Signature of Server: [signed]

Address of Server: PO Box 7471
OP KS 66207