E-FILED
Friday, 17 December, 2004 04:38:03 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| E. BERGMAN CO. d/b/a BORDER MAGIC®, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )  NO.  04-2154<br>) |
| KECK HOMES LLC and KEN KECK | )<br>)<br>) |
| Defendants. | ) |

### MOTION FOR DISMISSAL OF SUIT

NOW COMES the Plaintiff, E. BERGMAN CO., by and through its attorneys, Dodd & Bartell, P.C., and move the Court to dismiss this suit against the Defendant, KECK HOMES LLC and KEN KECK, without prejudice, stating to the Court as follows:

1. This cause of action was filed by the Plaintiff on August 6, 2004.

2. Defendants, Keck Homes, LLC and Ken Keck, were subsequently served with a *Summons* and *Complaint* on August 16, 2004.

3. Defendants, Keck Homes, LLC and Ken Keck, did not file any response to the *Complaint*.

4. Although the parties have not entered into a formal settlement agreement, the Defendants have made an effort to satisfy some of the Plaintiff's requests and the Plaintiff no longer wishes to pursue this cause of action at this time.

WHEREFORE, the Plaintiff, E. BERGMAN CO. prays that this Court dismiss this cause of action without prejudice.

Dated this <u>17th</u> day of December, 2004.

                E. BERGMAN, CO., Plaintiff

                DODD & BARTELL, P.C.

                By: <u>/s/ Jason S. Bartell</u>
                Jason S. Bartell, Attorney for the Plaintiff

                DODD & BARTELL, P.C.
                303 S. Mattis Ave.
                Suite 201
                Champaign, IL 61821
                (217)356-6363
                Fax: (217)355-1358

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 17th Day of December, 2004, a copy of the foregoing Motion for Dismissal of Suit was served on by sending a copy of the same postage-prepaid, first class mail via the United States Postal Service.

Ken Keck
36103 E. Gardner Road
Oak Grove, MO 64075

                <u>/s/ Jason S. Bartell</u>