## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | | |
|---|---|---|
| E. BERGMAN CO. d/b/a BORDER MAGIC®, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. 04-2154 |
| | ) | |
| KECK HOMES LLC and KEN KECK | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF COURT

THIS MATTER comes on to be heard upon a hearing on the Motion for Dismissal of Suit filed by the Plaintiffs, E. BERGMAN CO. d/b/a/ BORDER MAGIC®, and the cause of action against the Defendants should be dismissed without prejudice, which Motion is hereby ratified and approved by the Court and the suit against Defendants should be dismissed in accordance with the representation contained therein.

THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that the suit herein against the Defendants, KECK HOMES, LLC AND KEN KECK, is hereby dismissed without prejudice, each party to pay its own cost.

Dated: _____

_____
JUDGE

DODD & BARTELL, P.C.
Attorneys at Law
201 Bank One Building
303 S. Mattis Avenue
Champaign, IL 61821-3051
Telephone: (217) 356-6363
Facsimile: (217) 355-1358